**STATE of Missouri, Respondent,**

v.

**Monh SUADY, Appellant.**

**No. WD 49874.**

Missouri Court of Appeals,
Western District.

Feb. 27, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### *ORDER*

PER CURIAM:

Monh Suady appeals his conviction by a jury in the Jackson County Circuit Court of robbery in the first degree, § 569.020,[1] armed criminal action, § 571.015, and tampering in the second degree, § 569.090, for which he was sentenced to concurrent terms of imprisonment of twenty years, ten years, and one year, respectively.

The judgment is affirmed. Rule 30.25(b).

---

1. All statutory references are to RSMo 1994.